CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ  85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HATFIELD, MARY ANN ELAINE | ) | Case No. 08-12362-PHX-GBN |
| HATFIELD, BRIAN ALAN | ) | |
| | ) | ORDER REOPENING CASE |
| Debtor(s) | ) | |

This case having been closed and the Trustee having moved to reopen the case as the Trustee now has assets to be administered.

IT IS **ORDERED** that the above captioned case be reopened. The filing fee due upon reopening of the case shall be paid by the trustee from the estate.  If there are insufficient estate funds to pay the fee at this time, the trustee shall pay the fee as soon as there are sufficient estate funds.

IT IS **FURTHER ORDERED** that the Trustee be appointed to administer those assets.

_____
DATE

_____
THE HONORABLE JUDGE
GEORGE B. NIELSEN, JR.
U.S. BANKRUPTCY JUDGE

COPIES mailed on _____ to: